AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LONG TERM CARE PHARMACY ALLIANCE,
1776 Massachusetts Avenue, N.W., Suite 410  Washington, D.C.
20036,
and
AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,
1321 Duke Street,  Alexandria, VA 22314

V.

MICHAEL O. LEAVITT,  Secretary of the U.S. Department of Health and Human Services,
200 Independence Avenue, S.W, Washington, D.C. 20201
and
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue, S.W. Washington, D.C. 20201
and
CENTERS FOR MEDICARE AND MEDICAID SERVICES,
200 Independence Avenue. S.W. Washington, D.C. 20201

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01115
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL O. LEAVITT,  Secretary of the U.S.
Department of Health and Human Services,
200 Independence Avenue, S.W.
Washington, D.C.  20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Oberdorfer (D.C. Bar No. 145714)
David Farber (D.C. Bar No. 415968)
George M. Borababy (D.C. Bar No. 28860)

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

*(signature)*
(By) DEPUTY CLERK

JUN 21 2007

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Long Term Care Pharmacy Alliance, et al.

vs.

Michael O. Leavitt, Secretary of the US Department of Health and
Human Services, et al.

No. 1:07-CV-01115 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


    I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons, Complaint for Declaratory Judgment and
Mandamus Relief with Attachment, Notice of Right to Consent to Trial
Before United States Magistrate Judge, Plaintiff's Rule 7.1
Disclosure Certificate, Notice of Designation of Related Civil Cases
Pending in this or any other United States Court, Initial Electronic
Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:57 pm on June 21, 2007, I served Michael O. Leavitt,
Secretary of the US Department of Health and Human Services at 200
Independence Avenue, SW, Washington, DC 20201 by serving Angela
Hope, Assistant to General Counsel, authorized to accept.  Described
herein:

        SEX-    FEMALE
        AGE-    35
     HEIGHT-    5'9"
       HAIR-    BLONDE
     WEIGHT-    155
       RACE-    WHITE

    I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on___6/22/07___
                 Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189936

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LONG TERM CARE PHARMACY ALLIANCE,
1776 Massachusetts Avenue, N.W., Suite 410  Washington, D.C.
20036,
and
AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,
1321 Duke Street,  Alexandria, VA 22314

V.

MICHAEL O. LEAVITT,  Secretary of the U.S. Department of Health and Human Services,
200 Independence Avenue, S.W. Washington, D.C. 20201
and
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue, S.W. Washington, D.C. 20201
and
CENTERS FOR MEDICARE AND MEDICAID SERVICES,
200 Independence Avenue, S.W. Washington, D.C. 20201

**SUMMONS IN A CIVIL CASE**

CAS   Case: 1:07-cv-01115
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

**U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
200 Independence Avenue, S.W.
Washington, D.C. 20201**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Oberdorfer (D.C. Bar No. 146714)
David Farber (D.C. Bar No. 415899)
George M. Borababy (D.C. Bar No. 28080)

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUN 21 2007

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Long Term Care Pharmacy Alliance, et al.

vs.

Michael O. Leavitt, Secretary of the US Department of Health and
Human Services, et al.

No. 1:07-CV-01115 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons, Complaint for Declaratory Judgment and
Mandamus Relief with Attachment, Notice of Right to Consent to Trial
Before United States Magistrate Judge, Plaintiff's Rule 7.1
Disclosure Certificate, Notice of Designation of Related Civil Cases
Pending in this or any other United States Court, Initial Electronic
Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:57 pm on June 21, 2007, I served Department of Health
and Human Services at 200 Independence Avenue, SW, Washington, DC
20201 by serving Angela Hope, Assistant to General Counsel,
authorized to accept.  Described herein:

        SEX-    FEMALE
        AGE-    35
    HEIGHT-    5'9"
      HAIR-    BLONDE
    WEIGHT-    155
      RACE-    WHITE

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  6/22/07
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189937

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LONG TERM CARE PHARMACY ALLIANCE,
1776 Massachusetts Avenue, N.W., Suite 410  Washington, D.C.
20036,
and
AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,
1321 Duke Street,  Alexandria, VA 22314

### SUMMONS IN A CIVIL CASE

V.

MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services,
200 Independence Avenue, S.W. Washington, D.C.  20201
and
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue, S.W. Washington, D.C.  20201
and
CENTERS FOR MEDICARE AND MEDICAID SERVICES,
200 Independence Avenue, S.W. Washington, D.C.  20201

C

Case: 1:07-cv-01115
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

**CENTERS FOR MEDICARE AND MEDICAID SERVICES,**
**200 Independence Avenue, S.W.**
**Washington, D.C.  20201**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Oberdorfer (D.C. Bar No. 145714)
David Farber (D.C. Bar No. 415899)
George M. Borababy (D.C. Bar No. 28060)

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C.  20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           ⌊JUN 2 1 2007
CLERK                                                            DATE

*(signature)*
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Long Term Care Pharmacy Alliance, et al.

vs.

Michael O. Leavitt, Secretary of the US Department of Health and
Human Services, et al.


No. 1:07-CV-01115 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons, Complaint for Declaratory Judgment and
Mandamus Relief with Attachment, Notice of Right to Consent to Trial
Before United States Magistrate Judge, Plaintiff's Rule 7.1
Disclosure Certificate, Notice of Designation of Related Civil Cases
Pending in this or any other United States Court, Initial Electronic
Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:57 pm on June 21, 2007, I served Centers for Medicare
and Medicaid Services at 200 Independence Avenue, SW, Washington, DC
20201 by serving Angela Hope, Assistant to General Counsel,
authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    35
 HEIGHT-    5'9"
   HAIR-    BLONDE
 WEIGHT-    155
   RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.


Executed on ___6/22/07___
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189938

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LONG TERM CARE PHARMACY ALLIANCE,
1776 Massachusetts Avenue, N.W., Suite 410   Washington, D.C.
20036,
and
AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,
1321 Duke Street,  Alexandria, VA 22314

### V.

MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services,
200 Independence Avenue, S.W. Washington, D.C. 20201
and
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue, S.W. Washington, D.C. 20201
and
CENTERS FOR MEDICARE AND MEDICAID SERVICES,
200 Independence Avenue, S.W. Washington, D.C. 20201

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01115
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/21/2007
Description: Admn. Agency Review

CAS:

TO: (Name and address of Defendant)

United States Attorney's Office
Attn. Civil Process Clerk
501 3rd Street, NW   4th Floor
Washington, DC 20530
(202) 616-3517

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Oberdorfer (D.C. Bar No. 145714)
David Farber (D.C. Bar No. 415899)
George M. Borababy (D.C. Bar No. 26880)

PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__NANCY MAYER-WHITTINGTON__        __JUN 2 1 2007__
CLERK                                         DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Long Term Care Pharmacy Alliance, et al.

vs.

Michael O. Leavitt, Secretary of the US Department of Health and Human Services, et al.

No. 1:07-CV-01115 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint for Declaratory Judgment and Mandamus Relief with Attachment, Notice of Right to Consent to Trial Before United States Magistrate Judge, Plaintiff's Rule 7.1 Disclosure Certificate, Notice of Designation of Related Civil Cases Pending in this or any other United States Court, Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:09 pm on June 21, 2007, I served United States Attorney's Office at 501 3rd Street, NW, 4th Floor, Washington, DC 20530 by serving Lakesha Carroll, Docket Clerk, authorized to accept.  Described herein:

```
SEX-      FEMALE
AGE-      30
HEIGHT-   5'4"
HAIR-     BLACK
WEIGHT-   145
RACE-     BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___6/22/07___
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 189939