IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, 1776 Massachusetts Avenue, N.W., Suite 410 Washington, D.C. 20036, and <br><br> AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, 1321 Duke Street, Alexandria, VA 22314, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services, 200 Independence Avenue, S.W. Washington, D.C. 20201, <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, 200 Independence Avenue, S.W. Washington, D.C. 20201, <br><br> and <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, 200 Independence Avenue, S.W. Washington, D.C. 20201, <br><br> Defendants. | CASE NO. 07-CV-01115 (ESH) |

## AFFIDAVIT OF SERVICE

I, John L. Oberdorfer, counsel to Plaintiffs Long Term Care Pharmacy Alliance and American

Society of Consultant Pharmacists, hereby certify that pursuant to Federal Rule of Civil Procedure

4(i), I caused to be served on Attorney General Alberto R. Gonzales copies of the Summons,

4897463

Complaint for Declaratory Judgment and Mandamus Relief with attachment, Notice of Right to

Consent to Trial before United States Magistrate Judge, Plaintiff's Rule 7.1 Disclosure Certificate,

Notice of Designation of Related Civil Cases Pending in this or any other United States Court and

Initial Electronic Case Filing Order in the above titled case via United States Postal Service Certified

Mail.

Service of the aforementioned document was executed at the Department of Justice, 950

Pennsylvania Ave, Room B-103 Washington D.C. 20530 on June 23, 2007 and signed for by Ernest

Parker.  A copy of the certified mail return receipt is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing information

in the foregoing Return of Service is true and correct.

July 11, 2007

John L. Oberdorfer (D.C. Bar No. 445714)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

Counsel for Plaintiffs

4897463                                    2

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  *Earnest Parker*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)    C. Date of Delivery
JUN 2 5 2007

1. Article Addressed to:

Attorney General,
Alberto R. Gonzales
Department of Justice
950 Pennsylvania Ave.
Room B-103
Washington, DC 20530-0001

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7006 2760 0005 1023 4287

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Meagan T. Bachman
2550 M Street, NW
Washington, DC 20037

Patton Boggs LLP


**UNITED STATES
POSTAL SERVICE®**

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 1023 4287**
Detailed Results:

- **Delivered, June 25, 2007, 4:43 am, WASHINGTON, DC 20530**
- **Notice Left, June 25, 2007, 3:05 am, WASHINGTON, DC 20530**
- **Arrival at Unit, June 25, 2007, 1:55 am, WASHINGTON, DC 20022**

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

