UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE <br><br> and <br><br> AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary U.S. Department of Health and Human Services, <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br>     Defendants. | Case No. 1:07-cv-01115 (ESH) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. (6)(b)(1), Defendants, by and through undersigned counsel, respectfully move this Court for a thirty day enlargement of time, up to and including September 19, 2007, to answer or otherwise respond to Plaintiff's Complaint. In compliance with LCvR 7(m), counsel has discussed the relief requested with counsel for Plaintiff, and Plaintiff, through counsel, has stated that do not consent to the requested relief. Plaintiff's counsel stated that he consents only to an extension of twenty days for the filing of an Answer, not for otherwise responding. At the time of this filing, Plaintiff's counsel stated that he had not determined

whether Plaintiff would file an opposition to this motion.

In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on June 21, 2007.

2. Plaintiff's Complaint was served on the Defendants and on the office of the United States Attorney for the District of Columbia on June 21, 2007, and on the Attorney General of the United States on June 25, 2007. Thus, the current deadline for the Defendants' response is August 20, 2007. Fed. R. Civ. P. 12(a)(3)(A).

3. Due to some confusion within the Department of Justice as to who would be handling this case, the matter had not yet been assigned. However, it now appears that Defendants will be represented in this matter by the Federal Programs Branch of the U.S. Department of Justice, who intend to enter an appearance shortly.

4. In order to allow sufficient time for Defendants' counsel to consult with the agency as necessary and prepare an appropriate response to the Complaint, Defendants respectfully request an enlargement of time of thirty days, up to and including September 19, 2007.

5. The Defendants have requested no prior extensions in this case.

6. This request is made in good faith and not for purposes of delay.

7. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

                /s/
JEFFREY S. TAYLOR
United States Attorney
D.C. Bar No. 498610


                /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX (202) 514-8780

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE<br><br>and<br><br>AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary U.S. Department of Health and Human Services,<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | Case No. 1:07-cv-01115 (ESH) |

**ORDER**

Having considered Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this ___ day of ___, 2007,

ORDERED that Defendants' motion be, and it hereby is, GRANTED; and it is further

ORDERED that Defendants shall respond to Plaintiff's Complaint on or before September 19, 2007,

_____
UNITED STATES DISTRICT JUDGE