**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:07-cv-01115 (ESH) |

## NOTICE OF SUBSTITUTION

NOTICE IS HEREBY GIVEN that Vesper Mei, Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Megan L. Rose, and enters her appearance on behalf of Defendants Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services; and Centers for Medicare and Medicaid Services in the above-captioned case.

Dated: September 6, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA M. LIEBER
Deputy Director


    /s/ Vesper Mei
VESPER MEI
(D.C. Bar No. 455778)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-4686
Facsimile:  (202) 616-8470
E-mail:  vesper.mei@usdoj.gov

Counsel for Defendant