IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>Defendants. | Case No. 1:07-cv-01115 (ESH) |

**DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. (6)(b)(1), Defendants Michael O. Leavitt, U.S. Department of Health and Human Services, and Centers for Medicare and Medicaid Services (Defendants), by and through undersigned counsel, respectfully move this Court for a sixteen-day enlargement of time, up to and including October 5, 2007, to answer or otherwise respond to Plaintiff's Complaint. In compliance with LCvR 7(m), counsel has discussed the relief requested with counsel for Plaintiffs, and Plaintiffs, through counsel, have stated that they oppose this motion. In support of this Motion, Defendants state as follows:

1.    Plaintiffs filed their Complaint on June 21, 2007. Defendants' Response was originally due on August 20, 2007. Due to some initial confusion within the Department of Justice over who would be handling the case, the case was not assigned to the undersigned attorney until after the filing of Defendants' First Motion for Extension of Time on August 16,

2007, which extended the original response date until September 19, 2007. Undersigned counsel was thus unable to discuss possible time constraints with the United States Attorney's office, who filed the motion, prior to its filing.

    2.    This case involves complex issues of law involving the Medicare Prescription Drug Improvement and Modernization Act ("MMA"). In order to allow undersigned counsel to become familiar with these issues, and due to the press of business in this and other cases, undersigned counsel seeks this brief extension of time to serve and file Defendants' answer or other response to Plaintiffs' Complaint. Defendants do not believe that Plaintiffs will be prejudiced by this delay, which will allow Defendants to prepare and serve a thorough response.

Dated: September 6, 2007

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

    SHEILA M. LIEBER
    Deputy Director

    /s/ Vesper Mei
    VESPER MEI
    (D.C. Bar No. 455778)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    Post Office Box 883
    Washington, D.C. 20044

                Telephone:  (202) 514-4686
                Facsimile:  (202) 616-8470 (fax)
                E-mail: vesper.mei@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, ) ) ) ) Plaintiffs, ) ) v. ) ) MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and CENTERS FOR MEDICARE AND MEDICAID SERVICES, ) ) ) ) ) ) ) ) Defendants. ) ) | Case No. 1:07-cv-01115 (ESH) |

## [PROPOSED] ORDER

Defendants' Second Motion for Extension of Time to Answer or Otherwise Respond to Complaint is granted. Defendants shall have until October 5, 2007 to answer or otherwise respond to Plaintiffs' Complaint.

SO ORDERED.

Dated: _____

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE