IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE <br><br> and <br><br> AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, <br><br>                              Plaintiffs, <br><br>                v. <br><br> MICHAEL O. LEAVITT, <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES <br><br> and <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br>                            Defendants. | Case No. 1:07-cv-0115 (ESH) |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION
FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiffs respectfully oppose Defendants' second motion to extend the time allowed to answer or otherwise respond to the Complaint for the following reasons:

1. Plaintiffs filed this action on June 21, 2007. Under Federal Rule of Civil Procedure 12(a)(3)(A), Defendants had sixty days after service, or until August 20, 2007 to respond to the Complaint.

2. Four days before their response was due, however, Defendants moved for an additional thirty days to respond to the Complaint, citing confusion within the Department of Justice as to who would be representing the Defendants as the basis for the need for the extension of time. *See* ¶

4908205

3 of Defendants' first Motion for Enlargement of Time to Answer or Respond to Complaint (Docket #6). Plaintiffs did not agree to a request by a CMS staff attorney for the thirty-day extension, agreeing instead to a twenty-day extension for Defendants to answer the Complaint, but no extension for any other type of response.

3. On August 17, 2007, the Court granted Defendants' first motion, giving them until September 19, 2007 to respond to the Complaint.

4. It is our understanding that counsel for Defendants has been assigned to this case since shortly after the Court's August 17th Order.

5. Now, despite already having had three months to respond to Plaintiffs' allegations, Defendants request sixteen more days to file their response.

6. Defendants' second request for additional time to respond to Plaintiffs' Complaint is unreasonable. Plaintiffs' June 21st Complaint alleges failures by the Secretary, the agency, and CMS to carry out their statutory and regulatory duties, to the growing detriment of Plaintiffs and their members. Defendants' failures to act to resolve these issues should not be compounded by further delay of this proceeding. Defendants already have had ninety days to respond to the Complaint. According to paragraph 3 of Defendants' first motion for an enlargement of time, the confusion regarding which Department of Justice office would handle the case on behalf of Defendants was rectified prior to that motion. Defendant CMS is very familiar with the issues giving rise to this case and should be able to adequately assist counsel in understanding the nature of Plaintiffs' allegations in time to prepare and serve a thorough response by September 19th.

7. For these reasons, the Court should not allow further delay of Defendants' duty to respond to Plaintiffs' Complaint and should deny the motion.

4908205

|  |  |
|---|---|
|  | Respectfully submitted, |
| September 6, 2007 |   /s/ John L. Oberdorfer<br>John L. Oberdorfer (D.C. Bar No. 145714)<br>David J. Farber (D.C. Bar No. 415899)<br>PATTON BOGGS LLP<br>2550 M Street, N.W.<br>Washington, D.C.  20037<br>Telephone:  (202) 457-6000<br>Facsimile:  (202) 457-6315<br><br>Counsel for Plaintiffs |

4908205