UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,<br><br>      Plaintiffs,<br><br>      v.<br><br>MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>      Defendants. | Case No. 1:07-cv-01115 (ESH) |

**NOTICE OF SUBSTITUTION**

NOTICE IS HEREBY GIVEN that Kathryn L. Wyer, Trial Attorney, Civil Division, United States Department of Justice, hereby substitutes for Vesper Mei, and enters her appearance on behalf of Defendants Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services; U.S. Department of Health and Human Services; and Centers for Medicare and Medicaid Services in the above-captioned case.

Dated: October 5, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA M. LIEBER
Deputy Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER

U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW,
Washington, D.C.  20530
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*