UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>　　　　Defendants. | Case No. 1:07-cv-01115 (ESH) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST
AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendants hereby move the Court to dismiss plaintiffs' Amended Complaint with prejudice. At the time plaintiffs filed their Amended Complaint on November 16, 2007, a motion to dismiss plaintiffs' original Complaint was pending before this Court and briefing relating to that motion was underway. During a November 26, 2007, conference call with the Court, the parties agreed that because the Amended Complaint eliminated rather than added claims, there would be no supplemental briefing raising new issues specific to the Amended Complaint, and the parties would rely on briefs already submitted relating to defendants' motion to dismiss plaintiffs' original Complaint.[1]

---

[1] Although the Court indicated during the November 26, 2007, conference call that defendants need not file a motion to dismiss plaintiffs' Amended Complaint, defendants do so in order to foreclose any subsequent claim by plaintiffs based on defendants' alleged failure to respond to or move to dismiss their Amended Complaint. Cf. Bancoult v. McNamara, 214

Defendants accordingly hereby adopt in support of this motion their memorandum in support of their motion to dismiss plaintiffs' original Complaint, insofar as the arguments in that memorandum relate to claims asserted in the Amended Complaint.

Dated: December 5, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA M. LIEBER
Deputy Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW,
Washington, D.C. 20530
Telephone: (202) 616-8475 / Fax: (202) 616-8202
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

---

F.R.D. 5, 13 (D.D.C. 2003) ("Because the original complaint now is superseded by the amended complaint, the court denies without prejudice all pending motions pertaining to the original complaint.").

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONG TERM CARE PHARMACY ALLIANCE, and AMERICAN SOCIETY OF CONSULTANT PHARMACISTS, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> Defendants. | Case No. 1:07-cv-01115 (ESH) |

**[Proposed] ORDER**

Upon the Court's consideration of defendants' motion to dismiss plaintiffs' Amended Complaint, the opposition thereto, and the entire record herein, it is, this _____ day of _____, 200__,

ORDERED that defendants' motion to dismiss is granted; and it is

FURTHER ORDERED that plaintiffs' Amended Complaint is dismissed with prejudice.

_____
The Honorable Ellen S. Huvelle
United States District Judge