UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LONG TERM CARE PHARMACY ALLIANCE**, *et al.*, | ) ) ) ) |  |
| **Plaintiffs**, | ) ) |  |
| v. | ) ) | Civil Action No. 07-1115 (ESH) |
| **MICHAEL O. LEAVITT**, *et al.*, | ) ) ) |  |
| **Defendants**. | ) ) |  |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendants' Motion to Dismiss [Dkt. # 11] is **GRANTED**, and the case is dismissed with prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  January 11, 2008